140

TROPICANA PRODUCTS, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 87–10–00984

Slip Op. 92–28 and judgment for defendant, March 9, 1992, vacated in Slip Op. 92–34, March 16, 1992. Slip Op. 92–28 not published at the direction of the court. Amended opinion and judgment for defendant issued in Slip Op. 92–35, March 16, 1992. *See* 16 CIT 155 (1992).